Margaret J. Grover (Bar No. 112701)
Paula A. Klemens (Bar No. 242198)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant
WEIL, GOTSHAL & MANGES, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WOOL,<br><br>　　　　Plaintiff,<br>vs.<br>WEIL, GOTSHAL & MANGES LLP,<br><br>　　　　Defendant. | Case No. C 07 0646 WHA<br><br>[Assigned to Hon. William H. Alsup]<br><br>[PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Date: May 10, 2007<br>Time: 11:00 am<br>Ctrm: 9<br><br>Complaint Filed: January 31, 2007 |

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED as follows:

1. That the Case Management Conference, presently set to take place on May 10, 2007 at 11:00 a.m., is CHANGED to **May 3, 2007 at 11:00 a.m.** in Courtroom 9 of the above-entitled Court; and

2. That the deadline for filing the Joint Case Management Conference, currently May 3, 2007, is changed to April 27, 2007.

OR, IN THE ALTERNATIVE:

3. That the Case Management Conference, presently set to take place on May 10, 2007 at 11:00 a.m., is CHANGED to _____, 2007 at 11:00 a.m. in

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

WG06-0000002
3249014.1

1

Case No. C 07 0646 WHA
STIPULATION TO CONTINUE CMC

1 | Courtroom 9 of the above-entitled Court; and

2 |     4.    That the deadline for filing the Joint Case Management Conference,
3 | currently May 3, 2007, is changed to _____, 2007.

5 | OR, IN THE ALTERNATIVE:

6 | _____
7 | _____
8 | _____
9 | _____
10 | _____

12 | Dated: April 30, 2007.         Hon. W[illiam Alsup]
13 |     Judge of the United States District Court

*IT IS SO ORDERED* — Judge William Alsup (signature, seal: United States District Court, Northern District of California)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

WG06-0000002
3249014.1

2

Case No. C 07 0646 WHA
[PROPOSED] ORDER RE CONTINUED CMC