MG

1 | Margaret J. Grover (Bar No. 112701)
Paula A. Klemens (Bar No. 242198)
2 | HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
3 | San Francisco, California 94105-2981
Telephone: 415.546.7500
4 | Facsimile: 415.546.7505

5 | Attorneys for Defendant
WEIL, GOTSHAL & MANGES, LLP

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JULIE WOOL,                        )   Case No. C 07 0646 WHA
                                       )
12 |            Plaintiff,             )   **STIPULATION EXTENDING TIME**
                                       )   **TO FILE BILL OF COSTS AND**
      vs.                              )   **APPLICATION FOR ATTORNEY'S**
13 |                                   )   **FEES AND [PROPOSED] ORDER**
      WEIL, GOTSHAL & MANGES LLP,      )   **THEREON**
14 |                                   )
             Defendant.                )
15 | _____ )
                                           Assigned to Hon. William H. Alsup
16

17 |        WHEREAS judgment was entered against Plaintiff Julie Wool and in favor of

18 | Defendant Weil, Gotshal & Manges LLP on March 24, 2008; and,

19 |        WHEREAS Rule 54-1 of the Rules of Court for the United States District Court for

20 | the Northern District of California requires any bill of costs to be filed within 14 days

21 | following entry of judgment; and

22 |        WHEREAS Rule 54-6 of the Rules of Court for the United States District Court for

23 | the Northern District of California requires any motion for attorney's fees to be filed

24 | within 14 days following entry of judgment; and

25 |        WHEREAS the parties have agreed to resolve the action; and

26 |        WHEREAS the Age Discrimination in Employment Act contains specific

27 | requirements for a waiver of a claim for age discrimination, including a requirement that

28 | the individual waiving age discrimination claims be given a period of at least 21 days

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

WG06-0000002
3370579.1

1

Case No.  C 07 0646 WHA
STIPULATION TO CONTINUE CMC

1  within which to consider the agreement *and* at least 7 days following the execution of the

2  agreement to revoke the waiver; and

3      WHEREAS the parties wish to avoid the costs of filing and responding to a bill of

4  costs and a motion for attorney's fees;

5      NOW THEREFORE the parties stipulate, by an through their attorney's of record

6  that Defendant Weil, Gotshal & Manges LLP shall have a period of 44 days, up to and

7  including May 17, 2008 within which to file any bill of costs or motion for attorney's fees.

8  Any filing prior to that date shall be deemed timely.

9

10  Dated: March 31, 2008                    HAIGHT BROWN & BONESTEEL LLP

11

12                                           By: _Margaret J. Grover_

13                                           Margaret J. Grover
                                             Paula A. Klemens
14                                           Attorneys for Defendant
                                             WEIL, GOTSHAL & MANGES, LLP

15

16  Dated: April 2, 2008                     LAW OFFICES OF RICHARD M. ROGERS

17

18                                           By: _Richard M. Rogers_

19                                           Richard M. Rogers
                                             Attorneys for Plaintiff
20                                           JULIE WOOL

21      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Weil,

22  Gotshal & Manges LLP shall have a period of 44 days, up to and including May 17, 2008

23  within which to file any bill of costs or motion for attorney's fees.

24

25  Dated: April _4_, 2008

26                                           Hon. William H. Alsup
                                             Judge of the United States District Court

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

WG06-0000002
3370579.1

2

Case No.  C 07 0646 WHA
STIPULATION TO CONTINUE CMC